# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

January 17, 2012

_____

## DOCKET CORRECTION NOTICE
_____

No. 11-5151,    <u>In re: 2703(d) Application</u>
               1:11-dm-00003-TCB-LO-1

TO:    Rachael E. Meny and John W. Keker

FILING CORRECTION DUE:  January 20, 2012

Please make the correction identified below and file a corrected document by the date indicated.

[x] The court will enter an appearance only for counsel who have registered for electronic filing. Please register at **www.ca4.uscourts.gov** and refile document.

[x] The court will enter an appearance only for counsel who are members in good standing of the court's bar. To apply for membership, submit an **application for admission** to practice.


Michael Radday, Deputy Clerk
804-916-2702