UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## CERTIFICATE OF CONFIDENTIALITY, LOCAL RULE 25(c)

No. 11-5151　　Caption: In re: 2703(d) Application (U.S. v. Appelbaum, et al.)

Appellants Jacob Appelbaum, Rop Gonggrijp, and Birgitta Jonsdottir
(appellant, appellee, petitioner, respondent, other)

certifies the following information regarding sealing of the document(s) described below:

1. Identify document(s) filed (e.g., appendix volume, opening brief, motion):
   Opening Brief

2. Is sealing of document(s) necessary?

   ☐ No
   ☑ Yes, to protect material sealed by district court/agency
   ☐ Yes, to protect personal data identifiers

3. Have redacted copies of document been filed: *[For sealed briefs and motion papers, counsel must file (i) a sealed version of the document (marked SEALED, with sealed material highlighted, and accompanied by a certificate of confidentiality or motion to seal) and (ii) a public version (with sealed material redacted). Use **SEALED BRIEF** or **SEALED DOCUMENT** and **Certificate of confidentiality** entries for electronic filing. Also file four paper copies of sealed version of briefs, together with usual number of public version of briefs.]*

   ☑ Yes　　☐ No

4. Has sealed record material been separated from unsealed record material and placed in a separate, sealed volume of the appendix: *[For sealed appendices, counsel must place sealed material in a separate volume of the appendix, marked SEALED, and file four paper copies with certificates of confidentiality in envelopes marked SEALED. Use **Notice of paper filing** and **Certificate of confidentiality** for electronic entries.]*

   ☑ Yes　　☐ No

5. Date(s) of order(s) sealing the material or, if there is no order, the authority relied upon to treat the material as sealed:
   Material filed under seal in District Court on 09/20/11 (Dkt. No. 79); District Court has not unsealed.

6. Terms of order sealing the material, including whether documents were filed ex parte or in camera (if filed ex parte, envelope and front of document must be marked SEALED and EX PARTE): Material was filed under seal, and has not been unsealed by District Court.

　　01/20/12　　　　　　　　　　　　　　　　　　/s/ Aden J. Fine
　　(date)　　　　　　　　　　　　　　　　　　　(signature)

10/17/2003
SCC

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of January, 2012, the foregoing Certificate of Confidentiality was filed electronically through the CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.

/s/ Aden J. Fine

Aden J. Fine