# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

## NOTICE OF PAPER FILING

No. 11-5151     Caption: In re: 2703(d) Application (USA v. Jacob Appelbaum, et al)

Document: Joint Appendix - Volumes I & II

Under Seal: ☐ Yes   ☐ No   ☑ In Part: Vols. II

Jacob Appelbaum, et al.     as the  Appellant
(party name)                        (appellant, appellee, petitioner, respondent)

certify that the above-referenced document has been filed and served as follows:

Filed by  HAND DELIVERY                              on 01/20/12

Served by  OVERNIGHT DELIVERY - FEDEX               on 01/20/12

to:

Lindsey Kelly
Andrew Peterson
OFFICE OF THE UNITED STATES ATTORNEY
2100 Jamieson Avenue
Alexandria, VA 22314-5194

Counsel for Appellee

01/20/12                                /s/ Rachael E. Meny, Esq.
(date)                                       (signature)

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 20th day of January, 2012, the foregoing Notice of Paper Filing was filed electronically through the CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.

                                      /s/ Aden J. Fine

                                      Aden J. Fine