FILED: February 10, 2012

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 11-5151

(1:11-dm-00003-TCB-LO-1)

_____

In re: APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO 18 U.S.C. SECTION 2703(D)

-------------------------------

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

JACOB APPELBAUM; ROP GONGGRIJP; BIRGITTA JONSDOTTIR

        Defendants - Appellants

and

TWITTER, INCORPORATED

        Defendant

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Response brief due: 02/28/2012

Any reply brief permitted within 10 days from service of response brief. Should appellants desire an extension of time within which to file a reply brief, they may file an appropriate motion following the filing of appellee's response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk