# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

February 10, 2012

_____

DOCKET CORRECTION NOTICE

_____

No. 11-5151,   <u>In re: 2703(d) Application</u>
              1:11-dm-00003-TCB-LO-1

TO:    John DeWitt Cline

FILING CORRECTION DUE:  February 13, 2012

Please make the correction identified below and file a corrected document by the date indicated.

[x] The court will enter an appearance only for counsel who have registered for electronic filing. Please register at **www.ca4.uscourts.gov** and refile document.

[x] The court will enter an appearance only for counsel who are members in good standing of the court's bar. To apply for membership, submit an **application for admission** to practice.

Michael Radday, Deputy Clerk
804-916-2702