FILED: February 24, 2012

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 11-5151

(1:11-dm-00003-TCB-LO-1)

_____

In re: APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO 18 U.S.C. SECTION 2703(D)

-------------------------------

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

JACOB APPELBAUM; ROP GONGGRIJP; BIRGITTA JONSDOTTIR

       Defendants - Appellants

and

TWITTER, INCORPORATED

       Defendant

_____

O R D E R

_____

Upon consideration of the certificate of confidentiality, the court seals appellants' unredacted opening brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk