**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
**OFFICE OF THE CLERK**

1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

Patricia S. Connor
Clerk

Telephone
804-916-2700

October 17, 2012

Mr. John DeWitt Cline
LAW OFFICE OF JOHN D. CLINE
235 Montgomery Street
Suite 1070
San Francisco, CA 94104

Cindy Cohn
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110

Mr. Aden J. Fine
AMERICAN CIVIL LIBERTIES UNION
125 Broad Street
17th Floor
New York, NY 10004-2400

Ms. Nina Jean Ginsberg
DIMUROGINSBERG, PC
1101 King Street
Suite 610
Alexandria, VA 22314-2956

Rebecca Kim Glenberg
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF VIRGINIA
530 East Main Street
Suite 310
Richmond, VA 23219-0000

Mrs. Lindsay Androski Kelly
OFFICE OF THE UNITED STATES ATTORNEY

2100 Jamieson Avenue
Alexandria, VA 22314-5194

Andrew Peterson
OFFICE OF THE UNITED STATES ATTORNEY
2100 Jamieson Avenue
Alexandria, VA 22314-5194

Mr. John Kuropatkin Roche
PERKINS COIE LLP
700 13th Street, NW
Suite 600
Washington, DC 20005-2011

Mr. Stuart Alexander Sears
ZWERLING, LEIBIG & MOSELEY, P.C.
108 North Alfred Street
Alexandria, VA 22314-0000

Mr. John Kenneth Zwerling
ZWERLING, LEIBIG & MOSELEY, P.C.
108 North Alfred Street
Alexandria, VA 22314-0000


No. 11-5151,   In re: 2703(d) Application
               1:11-dm-00003-TCB-LO-1


Dear Counsel:

     This case, which includes references to sealed information, is scheduled for argument on October 26, 2012.  This is simply to remind counsel that the courtroom is not sealed for oral argument and that any motion to seal the courtroom must appear on the public docket at least five days prior to any ruling on the motion, in accordance with Local Rule 25(c)(2)(C).

                                                 Sincerely,

                                                 /s/ Patricia S. Connor