UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at www.ca4.uscourts.gov/cmecftop.htm.

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** 11-5151                              as

☑Retained ☐Court-appointed(CJA) ☐Court-assigned(non-CJA) ☐Federal Defender ☐Pro Bono ☐Government

COUNSEL FOR: ROP GONGGRIJP

_____as the
(party name)

☑appellant(s) ☐appellee(s) ☐petitioner(s) ☐respondent(s) ☐amicus curiae ☐intervenor(s)

/s/ Hillary J. Collyer
(signature)

Hillary J. Collyer                                703-684-4333
Name (printed or typed)                           Voice Phone

DiMuroGinsberg, P.C.                              703-548-3181
Firm Name (if applicable)                         Fax Number

1101 King Street, Suite 610

Alexandria, VA  22314                             hcollyer@dimuro.com
Address                                           E-mail address (print or type)

## CERTIFICATE OF SERVICE

I certify that on 10/22/2012          the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

/s/ Hillary J. Collyer                                10/22/2012
Signature                                             Date

11/17/2011
SCC