FILED: February 19, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 11-5151
(1:11-dm-00003-TCB-LO-1)
_____

In re: APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO 18 U.S.C. SECTION 2703(D)

-------------------------------

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

JACOB APPELBAUM; ROP GONGGRIJP; BIRGITTA JONSDOTTIR

       Defendants - Appellants

 and

TWITTER, INCORPORATED

       Defendant

_____

M A N D A T E
_____

The judgment of this court, entered 01/25/2013, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*